**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID A. JONES,

      Plaintiff,

v.                                                Case No: 04-CV-74786-DT

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

                                                ENTERED BY ORDER OF THE COURT

                                                s/Lisa G. Wagner
                                                LISA G. WAGNER, CASE MANAGER AND
                                                DEPUTY CLERK TO THE HONORABLE
                                                ROBERT H. CLELAND